## Commonwealth *v.* Hanley, Appellant.

Argued June 13, 1969. *Richard N. Saxton, Jr.,* Public Defender, for appellant; *Allan W. Lugg,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Hardy, Appellant.

Submitted June 14, 1969. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Charles B. Watkins* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.